Alfred Pangburn, Respondent, v. Buick Motor Company, Appellant, Impleaded with Walter N. Grounsell.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Lena Palmateer, as Administratrix, etc., of Delro Palmateer, Deceased, Respondent, v. Red Hook Light and Power Company and George Leary, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. David E. Sandler, Appellant, and Edgar C. Beach, Defendant.— Order affirmed, without costs. All concurred.

The Sidney National Bank, Respondent, v. Milton J. Gordon, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The Sidney National Bank, Respondent, v. Koscherak Box and Lumber Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Teunis J. Van Der Bent, Respondent, v. Emily W. Gilling, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, J., dissenting.

John W. Wilson, Appellant, v. John H. Lynch, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jane W. Wales, Appellant, v. Osmer Beach Wheeler and Others, Defendants, Impleaded with Mary Louise Beckwith and Another, Respondents, and Dorothy Swan Lane, Appellant.— Judgment unanimously affirmed, with costs.

The People of the State of New York ex rel. Joseph Kahn v. William W. Farley, as State Commissioner of Excise of the State of New York.— Decision amended so as to read. as follows: Determination annulled, with costs to the relator, and relator reinstated as of the date when he was discharged, with pay from the date of his suspension from the payroll. Opinion by Smith, P. J. All concurred. (See 163 App. Div. 100.)